| | | |
|---|---|---|
| Karma EE., Matter of (Evelyn EE.) | 3d Dept: 143 AD3d 1120 (Proceeding Nos. 3, 5 and 6) | denied* |
| Kramer, Matter of | 2d Dept: 140 AD3d 768 | denied |
| Latuga, Matter of, v Giannadeo | 2d Dept: 140 AD3d 771 | denied |
| Michelle R. v Alexander R. | 1st Dept: 143 AD3d 583 | denied* |
| People v Dilillo | 2d Dept: 143 AD3d 960 | denied* |
| People v Velasquez | 1st Dept: 143 AD3d 583 | denied* |
| People v Wallace | 2d Dept: 144 AD3d 775 | denied* |
| People ex rel. Lasher v D'Agostino | App Div, 3d Dept: 2016 NY Slip Op 90571(U) | denied |
| Sachs v State of New York | 4th Dept: 143 AD3d 1291 | denied* |
| Shepherd, Matter of, v Annucci | 3d Dept: 142 AD3d 1244 | denied |
| Wang v LSUC | App Div, 1st Dept: 2016 NY Slip Op 79492(U) | denied |

## Decided February 14, 2017

| | | |
|---|---|---|
| Anthony L., Matter of (Lisa P.) | 4th Dept: 144 AD3d 1690 | denied* |
| Aozora Bank, Ltd. v Credit Suisse Group | 1st Dept: 144 AD3d 437 | denied |
| Butterfield, Matter of, v Annucci | 3d Dept: 144 AD3d 1284 | denied* |
| Cameron, Matter of, v Shah | 1st Dept: 140 AD3d 439 | denied |
| Davila v City of New York | 2d Dept: 139 AD3d 890 | denied |
| Figura v Frasier | 4th Dept: 144 AD3d 1586 | denied |
| Fletcher v Boies, Schiller & Flexner LLP | 1st Dept: 140 AD3d 587 | denied |
| George, Matter of, v Neville | 2d Dept: 143 AD3d 711 | denied |
| Golden Tech. Mgt., LLC v NextGen Acquisition, Inc. | 1st Dept: 138 AD3d 625 | denied |
| Gordon, Matter of, v Morris | 3d Dept: 144 AD3d 1338 | denied |
| Jimenez, Matter of, v New York State Dept. of Taxation & Fin. | 3d Dept: 143 AD3d 1221 | denied |
| Joseph P. Carroll Ltd. v Ping-Shen | 1st Dept: 140 AD3d 544 | denied |
| Kingston v Cardinal O'Hara High Sch. | 4th Dept: 144 AD3d 1672 | denied |
| Latonia W., Matter of (Anthony W.) | 4th Dept: 144 AD3d 1692 | denied |
| Locust Val. Cent. Sch. Dist. v Benstock | 2d Dept: 144 AD3d 758 (Matter No. 1) | denied |

---

* Motion for poor person relief dismissed as academic or denied.